

FILED

08/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0462

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0462

ROBERT L. ROSE,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

FILED

AUG 24 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant Robert L. Rose has filed a petition for rehearing in the captioned matter. Counsel for Appellee State of Montana has responded objecting to the petition.

This Court will consider a petition for rehearing presented only upon the following grounds:

    (i) That it overlooked some fact material to the decision;

    (ii) That it overlooked some question presented by counsel that would have proven decisive to the case; or

    (iii) That its decision conflicts with a statute or controlling decision not addressed by the supreme court.

M. R. App. P. 20(1)(a).

This case was decided by unpublished opinion, pursuant to the Internal Operating Rules of this Court. Unpublished opinions are per se summary actions and generally unanimous dispositions following the Court's consideration of an appeal. They do not necessarily contain a detailed analysis of all the issues raised on appeal; however, that does not mean that the Court overlooked a particular argument or issue raised by a party.

The Court having duly considered the petition and the response,

IT IS ORDERED that the petition for rehearing is DENIED.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this 24th day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2